# Court of Appeals
# of the State of Georgia

ATLANTA, August 26, 2013

*The Court of Appeals hereby passes the following order*

**A13I0301. SAM FREEMAN et al. v. ANGELA TAYLOR.**

   Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

09V6



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, August 26, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*